Robert Gonzalez, Esq.
Counsel for the Petitioner
National Labor Relations Board, Region 22
20 Washington Place, 5th Floor
Newark, New Jersey 07102
Telephone: (973) 645-6454
RG-4609

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,**<br><br>Petitioner,<br><br>v.<br><br>**SK USA CLEANERS, INC.**<br><br>Respondent,<br><br>and<br><br>**BJ & J CLEANER CORP; BLUE RIBBON CLEANERS; BORO CLEANERS; BROUGHTON CLEANERS, INC.; CHUNG BAYONNE CLEANERS a/k/a LYCEUM CLEANERS; CLASSIC CLEANERS; COLLEGE PLAZA CLEANERS; DEL'S VILLAGE CLEANERS, INC.; FORTUNE CLEANERS, INC.; LIBERTY EXPRESS CLEANERS; MIDAS LAUNDRY, INC.; MOUNTAIN CLEANERS; NEW HAMILTON CLEANERS LLC; REGENT PARTNERS, INC; ROCKAWAY CLEANERS; THE PARK'S CLEANERS, INC. d/b/a GREEN POND CLEANERS; VIP CLEANERS PASSAIC CLIFTON, INC.; and YUN INC.**<br><br>Garnishees. | **Case No. 2:08-mc-131**<br><br>**ORDER TERMINATING ACTION WITHOUT PREJUDICE AND REVOKING WRIT OF GARNISHMENT** |

### ORDER TERMINATING ACTION WITHOUT PREJUDICE AND REVOKING WRIT OF GARNISHMENT

Pursuant to a settlement of underlying matters, the National Labor Relations Board ("the Board"), an independent agency of the United States, has requested this Court to terminate this action against SK USA Cleaners, Inc. ("Respondent"), without prejudice, and to terminate and revoke the Writ of Garnishment ("Garnishment") issued by the Court on January 8, 2009.   Good cause appearing to exist for such action,

IT IS ORDERED that the Writ of Garnishment issued by the Court on January 8, 2009 is hereby terminated and revoked.

IT IS FURTHER ORDERED that, upon receipt of this Order, the Garnishees shall immediately release to Respondent any funds, and/or property (hereinafter "funds") owned by or in which Respondent has a substantial nonexempt interest, which were retrained pursuant to the Garnishment, and Garnishees shall discontinue withholding Respondent's funds pursuant to the Garnishment.

IT IS FURTHER ORDERED that the Board shall promptly serve within seven (7) days, via regular U.S. mail, a copy of this Order upon the Ganishees; and it is further ORDERED That the Clerk shall close the file in this matter.

_____
UNITED STATES DISTRICT COURT JUDGE
Jose L. Linares

ENTERED:

February 9, 2009

2